IT IS SO ORDERED:

_____
Elizabeth C. Coombe
U.S. District Judge
Dated: June 2, 2026
Syracuse, NY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

SHONTAE MILLS,

                    Plaintiff,

        -v-                                    3:25-CV-00897-ECC-ML

COMMISSIONER OF
SOCIAL SECURITY,

                    Defendant.

_____

## STIPULATION FOR REMAND

**IT IS HEREBY STIPULATED AND AGREED** by and between Vernon Norwood, Special Assistant United States Attorney, for John A. Sarcone III, First Assistant United States Attorney for the Northern District of New York and Todd Blanche, Acting Attorney General, attorneys for the defendant herein, and Howard Olinsky, Esq., attorney for Plaintiff, that the final decision of the Commissioner be reversed and the above-captioned action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Upon remand, the ALJ shall offer Plaintiff an opportunity for a new hearing, give further consideration of Plaintiff's residual functional capacity, take any further action necessary to complete the administrative record, and issue a new decision. The Clerk is directed to enter judgment. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Dated: May 28, 2026
        Syracuse, New York

The undersigned hereby consent to the form and entry of the within order.

John A. Sarcone III                          Olinsky Law Group
First Assistant United States Attorney        Attorney for Plaintiff

By: */s/ Vernon Norwood*                    By: _____
    Vernon Norwood                              Howard Olinsky, Esq.
    Special Assistant U.S. Attorney             250 South Clinton Street – Suite 210
    Program Litigation 2                        Syracuse, NY 13202
    Social Security Administration              (315) 701-5780
    Law & Policy                                holinsky@windisability.com
    Attn: Program Litigation 2
    6401 Security Boulevard
    Baltimore, MD 21235
    (212) 264-9471
    vernon.norwood@ssa.gov